UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>GAVIN NEWSOME, *et al.*,<br><br>Defendants. | Case No.  1:21-cv-0389-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No.  14) |

Plaintiff is detained at Atascadero State Hospital and filed a *pro se* 42 U.S.C. § 1983 complaint on September 16, 2021.  (Doc. No. 1).  Plaintiff submits a declaration regarding his financial circumstances in support of his request to proceed in this action *in forma pauperis.* (Doc. No. 14).  That declaration satisfies the requirements under § 1915.  Plaintiff as a civil detainee not a prisoner within the Prison Litigation Reform Act and not subject to payment of the filing fee under § 1915(a)(2).  *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Accordingly, it is hereby **ORDERED**:

Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 14) is **GRANTED.**

Dated:   November 13, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE