UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOME, GRAZA, ALVEREZ,<br><br>　　　　　　Defendants. | Case No. 1:21-cv-01389-HBK (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF<br><br>(Doc. No. 16) |

Pending before the Court is Plaintiff's motion to proceed with lawsuit. (Doc. No. 16). Plaintiff's motion is comprised of one incomplete sentence: "i [sic] have a federal motion to have federal relief for good duty of regard that i [sic] need for it to have so i [sic] can get it the claim of federal relief for due process of paperwork to come with everything I want done." (*Id.*). The Court cannot discern what relief, if any, Plaintiff is seeking. The Rules require a motion to "state with particularity the grounds for seeking the order" and shall "state the relief sought." Fed. R. Civ. P. 7(b)(1)(B), (C). The Court finds the motion deficient. Accordingly, Plaintiff's motion for miscellaneous relief (Doc. No. 16) is DENIED.

Dated:　June 29, 2022

　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28