UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOME, GRAZA, ALVAREZ,<br><br>　　　　Defendants. | Case No. 1:21-cv-01389-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S CONSTRUED MOTION TO CONFIRM CHANGE OF ADDRESS<br><br>(Doc. No. 18) |

　　　Pending before the Court is Plaintiff's "motion to regard" in which he seeks confirmation that the Court received his notice of change of address. (Doc. No. 18). The Court confirms that the Clerk filed Plaintiff's notice of change of address on the docket on March 16, 2022. (*See* Doc. No. 17).

　　　Accordingly, Plaintiff's construed motion seeking confirmation of his notice of change of address (Doc. No. 18) is GRANTED to the limited extent the Court acknowledges receipt of Plaintiff's notice of change of address.

Dated:   June 29, 2022

　　　　　　　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE