UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ, | Case No. 1:21-cv-01389-HBK (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTIONS FOR BLANK CIVIL RIGHTS COMPLAINT FORM |
| v. | |
| GAVIN NEWSOME, GRAZA, ALVEREZ, | (Doc. Nos. 19, 20) |
| Defendants. | |

Plaintiff, a state prisoner, filed his initial complaint on September 16, 2021, and his First Amendment Complaint ("FAC"), as was his right, on September 27, 2021. (Doc. No. 4). Pending before the court are Plaintiff's "motion to leave for amend" (Doc. No. 19) and "motion to suppress thought of in action with accurate information" (Doc. No. 20). To the extent discernable, Plaintiff is requesting a blank civil rights complaint form to presumably file a second amended complaint.

Accordingly, Plaintiff's construed motions requesting a blank civil rights complaint form (Doc. Nos. 19, 20) are GRANTED to the extent the Clerk of Court shall provide Plaintiff with a blank civil rights complaint form with this Order for Plaintiff's use as he deems appropriate.

Dated: June 29, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2